IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LORETTA LAX MILLER,    : | No. 1:15-cv-00034 |
| Plaintiff            : | |
| : | (Judge Kane) |
| v.                 : | |
| : | |
| ATA RICHARD ZANDIEH, et al., : | (Magistrate Judge Carlson) |
| Defendants        : | |
| : | |

**ORDER**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Plaintiff Loretta Lax Miller, proceeding pro se, filed a complaint in the above-captioned action on January 6, 2015, along with a motion for leave to proceed in forma pauperis. (Doc. Nos. 1, 2.) Magistrate Judge Carlson screened the complaint pursuant to 28 U.S.C. § 1915, and on January 12, 2015, issued a Report and Recommendation in which he recommended that the Court (1) grant Plaintiff's motion for leave to proceed in forma pauperis, and (2) dismiss her complaint without prejudice to the filing of an amended complaint that states a claim for which relief may be granted. (Doc. No. 5.) Objections were due by January 29, 2015.

On January 29, 2015, Plaintiff filed two documents with the Court. First, she filed a notice of a change of address, in which she indicated that she had changed her mailing address "due to the fact [that] all mail placed in her mail box has been tampered with, opened, read, missing, stolen and or sent back to sender." (Doc. No. 6.) She also filed a "clarification of the complaint." (Doc. No. 7.) The precise nature of Plaintiff's supplemental filing is unclear, but it does not appear to be objections; her "clarification" contains no specific objections to any of Magistrate Judge Carlson's findings, nor does it make any reference to the Report and

1

Recommendation.  Rather, it restates much of the content contained in her original complaint, alongside what appears to be some new factual allegations.  (Id.)  In light of her pro se status, the Court construes this filing as an attempt to amend her complaint.  Accordingly, the Court will treat her January 29, 2015 filing – together with the allegations in her original complaint – as an all-inclusive amended complaint, and Court will refer the amended complaint back to Magistrate Judge Carlson for further screening.

**ACCORDINGLY**, on this 9th  day of February 2015, **IT IS HEREBY ORDERED THAT** the Report and Recommendation of Magistrate Judge Carlson (Doc. No. 5) is **ADOPTED** and **NOT ADOPTED** as follows:

1.  Plaintiff's motion for leave to proceed in forma pauperis (Doc. No. 2) is **GRANTED**; and,

2.  The case is referred back to Magistrate Judge Carlson for further proceedings consistent with this order.

S/ Yvette Kane  
Yvette Kane, District Judge  
United States District Court  
Middle District of Pennsylvania