IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LORETTA LAX MILLER** | : | CIVIL ACTION NO. 1:15-cv-34 |
| | : | |
| **Plaintiff** | : | (Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| **v.** | : | |
| | : | |
| **ATA RICHARD ZANDIEH, et al.** | : | |
| | : | |
| **Defendants** | : | |

## O R D E R

Before the court in the captioned action is a February 11, 2015 report and recommendation of the magistrate judge.   No timely objections have been filed.

Accordingly, upon review of the record and the applicable law,  **IT IS HEREBY ORDERED THAT** the Court adopts the Report and Recommendation of Magistrate Judge Carlson.

1. Plaintiff's amended complaint (Doc. No. 7) is **DISMISSED WITH PREJUDICE**.

2. The Clerk of Court shall **CLOSE** this case.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania

Dated: March 5, 2015